3/29/17

In Response To Notification Regarding Civil Action No. 2:17cv00086JDL Served By Federal National Mortgage Association Represented By →

John A. Doonan, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

I, Scott Leavitt Have Notified United States District Court Of This Action.

Date Served → 3/16/17 10:00 AM
Date Of Respond → 3/29/17 12:00 PM
I Await Response Of Court Date.

Scott Leavitt
(207) 332-3619

Certificate Of Service

On 3/29/17

Responding To Case 2:17-cv 00086-JDL

Regarding Foreclosure Matter

Served By Federal National Mortgage

Copy Of Response By U.S. Mail To

John A. Doonan, ESQ
Doonan, Graves, & Longoria, LLC
100 Cummings Center, Suite 225 D
Beverly, MA 01915

*Scott Leavitt* (signature)

Scott Leavitt

(207) 332-3619

100 Lewis Rd.
Naples, ME. 04055