UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ) | |
| ) | |
| v.            ) | CIVIL NO.  2:17-cv-00086-JDL |
| ) | |
| SCOTT R LEAVITT        ) | |

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that defendant, Christine M. Leavitt, was served on June 2, 2017.  As of this date no responsive pleading has been filed and plaintiff has not moved for entry of default or default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution.

So ORDERED.

                                                                                  Jon D. Levy
                                                                                  United States District Judge


                                                                                  By   : /s/Amy Rydzewski
                                                                                          Deputy Clerk

Dated this 11th day of August, 2017.