# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association**<br><br>**Plaintiff**<br><br>vs.<br><br>**Scott R. Leavitt and Christine M. Leavitt**<br><br>**Defendants** | **CIVIL ACTION NO: 2:17-cv-00086-JDL** |

## RESPONSE TO ORDER TO SHOW CAUSE (ECF No. 12)

Now comes the Plaintiff, Federal National Mortgage Association, by and through the undersigned counsel, and responds to the Court's Order to Show Cause entered on August 11, 2017. The Plaintiff has not filed a Motion for Entry of Default against Defendant Christine M. Leavitt due to inadvertent administrative error, but is presently prepared to file said motion.

Therefore, the Plaintiff respectfully requests that the Court grant Plaintiff leave to file a Motion for Entry of Default against Defendant Christine M. Leavitt immediately.

DATED: August 18, 2017

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

1

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on August 18, 2017, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250

Christine M. Leavitt
6980 Indian Cove Road
Twentynine Palms, CA 92277

Scott R. Leavitt
100 Lewis Road
Naples, ME 04055