## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association | Civil Action No. 2:17-cv-00086-JDL |
| **Plaintiff** | |
| vs. | |
| Scott R. Leavitt and Christine M. Leavitt | |
| **Defendant** | |

## MOTION FOR JUDGMENT

Now comes the Plaintiff, Federal National Mortgage Association, by and through the undersigned counsel, and hereby moves for judgment against Defendant Scott R. Leavitt in this matter. As grounds therefor, Plaintiff states that the parties have entered into an Agreed Judgment of Foreclosure and Sale, which was executed by Defendant's counsel on January 22, 2018. A true and correct copy of the Agreed Judgment is attached hereto.

Wherefore, Plaintiff respectfully requests that this Court approve the attached Agreed Judgment of Foreclosure and Sale as to Defendant Scott R. Leavitt, and enter said Agreed Judgment on the ECF Docket.

Dated: January 23, 2018

/s/ Reneau J. Longoria
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
978-921-2670

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document, Motion for Judgment with Copy of the Agreed Judgment, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2018.

/s/ Reneau J. Longoria
John A. Doonan, Esq.
Reneau J. Longoria, Esq.
Attorney for Plaintiff

Scott R. Leavitt
c/o Thomas Cox, Esq.
via ECF Notification

Christine M. Leavitt
11 Rhode Island Avenue
Rensselaer, NY 12144

Christine M. Leavitt
6980 Indian Cove Road
Twentynine Palms, CA 92277