UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** <br><br> **Plaintiff** <br><br><br> vs. <br><br> **Scott R. Leavitt and Christine M. Leavitt** <br><br> **Defendant** | Civil Action No. 2:17-cv-00086-JDL |

## MOTION FOR HEARING

Now comes the Plaintiff, Federal National Mortgage Association, by and through the undersigned counsel, and respectfully requests that the Court schedule a damages hearing as to Defendant Christine M. Leavitt. As grounds therefor, Plaintiff states:

1. Plaintiff filed a Motion for Entry of Default as to Christine M. Leavitt on August 18, 2017.
2. The Court granted Plaintiff's Motion for Entry of Default on September 8, 2017.
3. Plaintiff filed a Motion for Default Judgment as to Christine M. Leavitt on December 18, 2017.
4. Plaintiff and Defendant Scott R. Leavitt submitted a Motion for Judgment and Agreed Judgment on January 23, 2018, however, that settlement agreement does not pertain to Defendant Christine M. Leavitt.

Wherefore, Plaintiff requests that this Court schedule a damages hearing on Plaintiff's Motion for Default Judgment as to Christine M. Leavitt. The Plaintiff respectfully requests at least thirty (30) days notice so it may secure an out-of-state witness to testify as said hearing.

| | |
|---|---|
| Dated: January 25, 2018 | /s/ Reneau J. Longoria<br>John A. Doonan, Esq., Bar No. 3250<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorney for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>978-921-2670 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document, Motion for Hearing, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2018.

/s/ Reneau J. Longoria
John A. Doonan, Esq.
Reneau J. Longoria, Esq.
Attorney for Plaintiff

Scott R. Leavitt
c/o Thomas Cox, Esq.
via ECF Notification

Christine M. Leavitt
11 Rhode Island Avenue
Rensselaer, NY 12144

Christine M. Leavitt
6980 Indian Cove Road
Twentynine Palms, CA 92277