## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>PLAINTIFF<br><br>v.<br><br>SCOTT R. LEAVITT AND CHRISTINE M. LEAVITT<br><br>DEFENDANTS | CIVIL ACTION NO: 2:17-cv-00086 |

## PLAINTIFF'S MOTION TO SUBSTITUTE

Plaintiff, by and through its attorneys, Bendett & McHugh, P.C., hereby moves this honorable Court to substitute the named Plaintiff. In support of this Motion, Plaintiff states as follows:

1. Federal National Mortgage Association assigned the mortgage that is the subject of this foreclosure action to Nationstar Mortgage, LLC.

2. Nationstar Mortgage then assigned the subject mortgage to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT.

3. Copies of the assignments are attached to this motion.

1

WHEREFORE, Plaintiff respectfully requests that this Court substitute the named Plaintiff to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT.

                                        Respectfully submitted,
                                        Plaintiff
                                        By its Attorneys,
                                        BENDETT & MCHUGH, P.C.

Dated: October 22, 2019           By: /s/ Matthew Crouter, Esq. Bar No.: 5909
                                        MECourtMailings@bmpc-law.com

                                        Attorney for Plaintiff
                                        Bendett & McHugh, PC
                                        30 Danforth Street, Suite 104
                                        Portland ME, 04101
                                        207-221-0016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                                     /S/ Matthew Crouter, Esq.

                                                    Matthew Crouter, Esq.
                                                    Maine Bar No. 5909