Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_Space above for Recorder's use_

Loan No: 2715667
Svcr Ln No: 596746431


6303096

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, whose address is **13150 WORLDGATE DRIVE, HERNDON, VA 20170**, (ASSIGNOR), does hereby grant, assign and transfer to **NATIONSTAR MORTGAGE LLC**, whose address is **8950 CYPRESS WATERS BLVD., COPPELL, TX 75019**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 7/5/2007
Original Loan Amount: $139,410.00
Executed by (Borrower(s)): **SCOTT R LEAVITT & CHRISTINE M LEAVITT**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CHALLENGE FINANCIAL INVESTORS, CORP., ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Mortgage Book/Liber/Volume 25276, Page 1,
Document/Instrument No: 41487 in the Recording District of **CUMBERLAND, ME**, Recorded on 7/10/2007.

Property more commonly described as: **100 LEWIS ROAD, NAPLES, MAINE 04055**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 6/4/18

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **DOUGLAS HARVEY**
Title: **VICE PRESIDENT**

Witness Name: **ULRICK BOURNE**

2715667 FNM021 6303096

CUMBERLAND COUNTY
A TRUE COPY OF RECORD
Attest _____
Register

EXHIBIT 1 to COX DECLARATION

RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
08/20/2018, 09:40:12A
Register of Deeds Nancy A. Lane   E-RECORDED

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of       **FLORIDA**
County of    **PINELLAS**

On __6/4/18__, before me, KIMBERLY JEAN LITCHFIELD, a Notary Public, personally appeared DOUGLAS HARVEY, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify DOUGLAS HARVEY, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

KIMBERLY JEAN LITCHFIELD
Commission # GG 177060
Expires January 21, 2022
Bonded Thru Budget Notary Services

(Notary Name): **KIMBERLY JEAN LITCHFIELD**
My commission expires: **1/21/2022**

2715667 FNM021 6303096

State of Maine
Cumberland County          Portland, Maine
I hereby certify that the foregoing is a true copy of the record as found in Book 35080  Page 268
Cumberland County Registry of Deeds
Attest _____ Register