# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17-cv-00086-JDL |
| SCOTT R. LEAVITT | ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

This Order is issued in connection with the evidentiary hearing which has been scheduled by the Court to take place commencing at 8:30 a.m. on January 15, 2020.  So as to reduce delays and make the hearing more efficient, it is hereby **ORDERED** that:

1.  By December 13, 2019, Plaintiff's counsel will inform Defendant's counsel of the date on which Bendett & McHugh, P.C. received a copy of the Agreed Judgment (ECF No. 30);

2.  By January 6, 2020, the parties shall file with the Court a witness list identifying the name and address of each person who the party expects to call as a witness at the evidentiary hearing and shall provide a summary of the expected testimony of each such witness;

3.  By January 6, 2020, each party shall serve upon opposing counsel by email a list of exhibits which the party intends to offer at the evidentiary hearing, and each party shall provide to the opposing party's counsel a complete set of exhibits which the offering party

intends to offer at the evidentiary hearing;

4.    By January 13, 2020, the parties shall file with the Court an Exhibit
      List, using the form provided on the Court's website, listing all of the
      intended exhibits of both parties; and

5.    The Defendant's subpoenas directing witnesses to appear and testify at
      the evidentiary hearing, as attached to the Defendant's Motion (ECF
      Nos. 46-1, 46-2), assuming proper service, shall be effective for the
      January 15, 2020 hearing, except to the extent quashed by the Court's
      order (ECF No. 55).


**SO ORDERED.**

**Dated this 5th day of December, 2019.**


                                        _____/s/ JON D. LEVY_____
                                        **CHIEF U.S. DISTRICT JUDGE**