**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **US BANK NATIONAL ASSOCIATION AS** | ) | |
| **TRUSTEE FOR THE RMAC TRUST SERIES** | ) | |
| **2016-CTT,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 2:17-cv-00086-JDL** |
| | ) | |
| **CHRISTINE M. LEAVITT, et al.** | ) | |

**PROCEDURAL ORDER SETTING CASE FOR SETTLEMENT CONFERENCE**

It is hereby **ORDERED**, at the request of counsel, that this matter be set for a settlement conference before Judge John A. Woodcock, Jr. in Judge Woodcock's chambers in Portland at 8:30 a.m. on February 11, 2020.  It is **FURTHER ORDERED** that counsel appear with their clients at such time and place, fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.   It is **FURTHER ORDERED** that counsel for the parties shall file with the Court, on or before February 4, 2020, a written *in camera* statement, not to exceed 5 pages, setting forth in detail the settlement position of the respective party and stating in concise detail the reasons for each aspect of that settlement position.  Such statement shall state a clear and concise rationale in support of that party's settlement position and shall provide the Court with a realistic estimate of anticipated attorney fees and costs in the event of trial to final judgment.  The *in camera* statements shall be filed in paper or electronic form (the latter to be e-mailed to newcases.portland@med.uscourts.gov) directly with Judge Woodcock and need not be served upon opposing counsel.

JOHN A. WOODCOCK, JR.
United States District Judge

Dated: January 29, 2020

By: /s/ Julie W. Rodrigue
Deputy Clerk